IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE:                              *
                                    *
Jury Venires Summoned for           *    Misc. No. _____
Trials in the Dublin Division       *

MC321-001

ORDER ON
USE OF QUESTIONNAIRES

Upon consideration and with the experience gained in the utilization of Juror Information Questionnaires in certain specific cases in past years, it is now **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Effective January 1, 2022, every member of a Jury Venire summoned to appear in the Dublin Division shall be required to complete a **JUROR INFORMATION QUESTIONNAIRE** in the form approved by the presiding judge. The Jurors shall affix their individual **JUROR NUMBER** at the conclusion of the **JUROR INFORMATION QUESTIONNAIRE**, which shall serve as the Juror's signature certifying the truth of the answers stated in the Questionnaire;

2. The Clerk shall implement appropriate measures for the distribution and collection of the **JUROR INFORMATION QUESTIONNAIRES**. Upon receipt of the completed Questionnaire, whether in paper or electronic form, the Clerk shall, through

some efficient means, maintain the returned Questionnaires only with their discrete **JUROR NUMBERs** so that the identities of the Jurors are not revealed on the completed **JUROR INFORMATION QUESTIONNAIRES** until the day of Jury selection. It is the expectation of the Court that the **JUROR NUMBERs** will not change from inception of the process through the conclusion of Jury selection;

3. Approximately one week prior to Jury selection, the Clerk shall distribute one copy of each **JUROR INFORMATION QUESTIONNAIRE** to lead counsel for the parties bearing the assigned **JUROR NUMBERs**. The Clerk shall ensure that the provided **JUROR INFORMATION QUESTIONNAIRES** do not reference the names, street addresses, telephone numbers, and email addresses of the Jurors. With respect to this sensitive information, on the day of Jury selection, **only the names** of the Jurors associated with the **JUROR NUMBERs** shall be provided to counsel for the parties;

4. No copies of a Questionnaire shall be made by counsel or anyone acting for counsel. After Jury selection, the Clerk shall collect any paper copies of the **JUROR INFORMATION QUESTIONNAIRES** for subsequent destruction; and,

5. In the event that a case having a *pro se* party is scheduled for trial, or when otherwise directed by the Presiding Judge, Jury selection will continue in the historic

and traditional manner without the use of **JUROR INFORMATION QUESTIONNAIRES**.

It is further **ORDERED** that any violation of any provision of this Order relative to the copying or disclosure of sensitive information about individual Jurors shall be punished as a Contempt of Court, which may include fines, imprisonment, and disciplinary action.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE